PLEASE SIGN AND RETURN TO SHOW RECEIPT:

DATE RECEIVED: 1·12·15

RECEIVED BY: _Mary Hutchinson_

YOUR TITLE: _Deputy Clerk_

_Montgomery_ COUNTY, TEXAS

RETURN BY MAIL OR FAX TO:

1ST COURT OF APPEALS

301 FANNIN STREET
HOUSTON, TX 77002-2066
PHONE:   (713) 274-2700
FAX:       (713) 755-8131



# FIRST COURT OF APPEALS
## 301 Fannin
## Houston, Texas 77002

To: Barbara Adamick

January 9, 2015

County: Montgomery (Criminal)

Subject: ISSUANCE OF MANDATES

Please acknowledge the receipt of mandates on the enclosed copy and return to this Court. In addition, as required by Texas Government Code, Sec 51.204 (d)(e), we will destroy all records filed, no earlier than six (6) years (in civil cases), and twenty-five (25) years (in criminal cases) where allowed by statute, from this date.

| 01-13-00591-CR | Amber Nicole Doughty v. The State of Texas | 12-07-07650 CR |
|---|---|---|

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 2 0 2015

CHRISTOPHER A. PRINE

CLERK _____

U.S. POSTAGE >> PITNEY BOWES

ZIP 77301 $ 000.46⁰
02 1W
0001376286 JAN 14 2015

PRESORTED
FIRST CLASS

FIRST COURT OF APPEALS
301 FANNIN STREET
HOUSTON, TEXAS 77002

01-15-2015

77002



BARBARA GLADDEN ADAMICK
District Clerk of Montgomery County
301 N. Main St., District Court Bldg.
P.O. Box 2985
Conroe, Texas 77305

RECEIVED OF APPEALS
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JAN 20 2015

CHRISTOPHER A. PRINE
CLERK